September 5, 1980.

429 A.2d 53

Commonwealth v. Brown, etc.

Appeal of Brown a/k/a Allgood.

Submitted March 13, 1980.  Gary Neil Asteak, for appellant;  Linda Carracappa, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.